UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action Number: 14-CV-62665

MARTIN TACHER,

    Plaintiff,

v.

JOCET SALON, INC., a Florida corporation, d/b/a JOCET SALON, and POMPANO INVESTMENTS, LLC, a Florida limited liability company,

    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff, Martin Tacher, by and through undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon execution of a confidential settlement agreement, parties will file a stipulated motion to dismiss this action with prejudice.

Respectfully submitted on this 16th day of February 2015.

    *s/ Scott R. Dinin*
    Scott R. Dinin
    SCOTT R. DININ P.A.
    4200 NW 7th Avenue
    Miami, Florida 33127
    Telephone: (786) 431-1333
    Facsimile: (786) 513-7700
    Email: inbox@dininlaw.com
    *Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February, 2015, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Adam S Chotiner
Shapiro Blasi Wassermand & Gora PA
7777 Glades Road suite 400
Boca Raton, Florida 33434
Tel 561-477-7800
Fax 561-477-7722
Email: aschotiner@sbwlawfirm.com
*Counsel for Defendant*

*s/ Scott R. Dinin*